524 P.2d 988

**Albert CARDONA, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10072.**

Supreme Court of New Mexico.

July 3, 1974.

Ordered that motion for leave to file petition for writ of certiorari out of time be and the same is hereby denied. 86 N.M. 373, 524 P.2d 989.

524 P.2d 988

**David VIGIL, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10097.**

Supreme Court of New Mexico.

July 25, 1974.

Further ordered that the record in Court of Appeals, 86 N.M. 388, 524 P.2d 1004, be and the same is hereby returned to the Clerk of the Court of Appeals.

524 P.2d 988

**Charlie Joe SEDILLO, aka Baylors, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10071.**

Supreme Court of New Mexico.

July 25, 1974.

Further ordered that the record in Court of Appeals, 86 N.M. 382, 524 P.2d 998, be and the same is hereby returned to the Clerk of the Court of Appeals.

524 P.2d 988

**STATE of New Mexico, Petitioner,**

v.

**Michael Edward CHAMBERS and Joseph X. White, Respondents.**

**No. 10079.**

Supreme Court of New Mexico.

July 25, 1974.

Further ordered that the record in Court of Appeals, 86 N.M. 383, 524 P.2d 999, be and the same is hereby returned to the Clerk of the Court of Appeals.

524 P.2d 988

**LOFFLAND BROTHERS COMPANY, Employer, and The Travelers Insurance Company, Insurer, Petitioners,**

v.

**Barbara Lou LIVINGSTON, Individually and as Parent and Natural Guardian of Richard Scott Livingston, a minor, Respondent.**

**No. 10062.**

Supreme Court of New Mexico.

July 12, 1974.

Further ordered that the record in Court of Appeals, 86 N.M. 375, 524 P.2d 991, be and the same is hereby returned to the Clerk of the Court of Appeals.